Sarah J. Crouch/SC 1174  
Fitzgerald & Crouch, P.C.  
649 Newark Avenue  
Jersey City, NJ 07306  
(201)533-1100  
Attorney for Debtor

Order Filed on September 13, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

United States Bankruptcy Court  
District of New Jersey  
-----------------------------------x  
In Re:                              Chapter 13

                                    Case No.: 18-19530
Mercedes Guerra
                                    Honorable Stacey L. Meisel

Debtor


-----------------------------------x

### ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.


**DATED: September 13, 2018**

_____  
Honorable Stacey L. Meisel  
United States Bankruptcy Judge

**Page 2**
Debtor:  Mercedes Guerra
Case No. 18-19530
Caption: ORDER APPROVING LOAN MODIFICATION

---

This matter having come before the Court upon the debtors' Application for an Order approving a loan modification agreement, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the loan modification agreement between the debtor and Wilmington Fund Society, FSB related to the property located at 6318 Smith Avenue, North Bergen, NJ 07047 is approved;

**ORDERED** that Wilmington Fund Society, FSB will amend its proof of claim to reflect the modified mortgage agreement and arrearage within thirty (30) days of the entry of this order;

**ORDERED** that the Debtor will amend Schedule J and modify the Chapter 13 Plan within twenty (20) days of the entry of this order.