| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on November 30, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| IN RE:<br>     MERCEDES GUERRA | Case No.:  18-19530<br><br>Hearing Date:  11/28/2018<br><br>Judge:  STACEY L. MEISEL |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: November 30, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): MERCEDES GUERRA

Case No.: 18-19530SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 11/28/2018 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 11/28/2018 of the plan filed on 05/09/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 12/12/2018 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.